1  Susan J. Olson, SBN 152467
   Anne Bevington, SBN 111320
2  STANTON, KAY & WATSON, LLP
   101 New Montgomery Street, Fifth Floor
3  San Francisco, CA  94105-3612
   Telephone:  415-512-3501
4  Facsimile:  415-512-3515
   Email:      Anneb@skwsf.com
5
   Attorneys for Plaintiffs
6  THE CARPENTERS PENSION TRUST FUND
   FOR NORTHERN CALIFORNIA and
7  CARPENTERS ANNUITY TRUST FUND FOR
   NORTHERN CALIFORNIA
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  GERALD OVERAA as CHAIRMAN and           **Case No.  C 05-4664 WHA**
    RONNELL SPIKES as CO-CHAIRMAN of the
13  BOARD OF TRUSTEES FOR THE               **[PROPOSED] ORDER EXTENDING**
    CARPENTERS PENSION TRUST FUND FOR       **TIME TO COMPLETE SERVICE ON**
    NORTHERN CALIFORNIA and BOARD OF        **DEFENDANT LISA GARFIELD**
14  TRUSTEES FOR THE CARPENTERS ANNUITY
    TRUST FUND FOR NORTHERN CALIFORNIA,
15
16                Plaintiffs,

17       v.

18  BRIAN GUERRERO, an individual; and LISA
    GARFIELD, an individual,
19
                  Defendants.
20

21       On application of the Plaintiffs, who report having been unable to locate defendant Lisa

22  Garfield, and good cause having been shown,

23       IT IS HEREBY ORDERED that the time to complete service on defendant Lisa Garfield is

24  extended to and including January 30, 2006.  Any application for an Order permitting service by

25  Publication must be filed by that date.

26

27  DATED: _____ January 3 _, 2006        _____
                                              United States District Judge
28

IT IS SO ORDERED
Judge William Alsup

-1-
**[PROPOSED] ORDER EXTENDING TIME TO COMPLETE SERVICE ON DEFENDANT LISA GARFIELD**
**[CASE NO.  C 05-4664 WHA]**